**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TIMOTHY WILLIAMS,

    Petitioner,

-vs-                                      **CASE NO: 8:07-CV-996-T-30MAP**
                                                   Crim. Case No. 8:04-cr-367-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Petitioner's Motion Requesting to Withdraw Section 2255 Motion Filed by Conflicting Counsel (Dkt. #9). Upon review and consideration, it is

    ORDERED AND ADJUDGED that:

    1.    Petitioner's Motion Requesting to Withdraw Section 2255 Motion Filed by Conflicting Counsel (Dkt. #9) is GRANTED.

    2.    Petitioner may file his own Section 2255 Motion to Vacate, Set Aside or Correct Sentence **on or before September 26, 2007.** Any Section 2255 Motions filed by Petitioner after September 26, 2007, will be time-barred.

    3.    The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Tampa, Florida on August 21, 2007.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel/Parties of Record

F:\Docs\2007\07-cv-996.withdraw 9.wpd